IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JENNIFER B. MCGUAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-23-47-SLP |
| KILOLO KIJAKAZI,<br>Acting Commisioner of the<br>Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) ) |

## **O R D E R**

Before the Court is the Report and Recommendation [Doc. No. 13] (R&R) of United States Magistrate Judge Gary M. Purcell. Judge Purcell recommends that Defendant's Opposed Motion to Remand for Further Proceedings Pursuant to Sentence Four [Doc. No. 9] be granted and this matter be remanded for further proceedings limited to addressing the Administrative Law Judge's consideration of the post-hearing consultative examinations (CEs). No objection to the R&R has been filed, nor has an extension of time in which to object been sought or granted.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 13] is ADOPTED in its entirety. This matter is REMANDED for further proceedings limited to addressing the ALJ's consideration of the post-hearing CEs, consistent with the findings set forth in the R&R.

IT IS SO ORDERED this 14th day of July, 2023.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE